DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (State Bar No. 117213)
HSIAO C. (MARK) MAO (State Bar No. 236165)
225 Bush Street, Sixth Floor
San Francisco, California 94104-4207
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300

Attorneys for Defendants
ALLEN A. WAGGONER CONSTRUCTION, INC.,
And ALLEN A. WAGGONER

UNITED STATES EASTERN DISTRICT COURT

FRESNO DIVISION

| | |
|---|---|
| THOMAS H. DENT,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN A. WAGGONER CONSTRUCTION, INC. a California Corporation, ALLEN A. WAGGONER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:07-CV-1832<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION FOR REMAND** |

Plaintiff THOMAS H. DENT, and defendants ALLEN A. WAGGONER CONSTRUCTION, INC. and ALLEN A WAGGONER (altogether the "Parties"), through their respective counsel, hereby stipulate and jointly submit to the Court their request to continue the hearing date for Plaintiff's Motion For Remand, filed on February 15, 2008, and currently set for hearing before the Court on March 28, 2008.

///

///

///

///

1  The Parties respectfully request that the Court continue the hearing date to April 11, 2008, at 9:00 a.m. before this Court.

**ORDER**

IT IS SO ORDERED,

Dated: 13 March 2008               _____/s/ *Dennis L. Beck*_____
                                              U.S. MAGISTRATE JUDGE

IT IS SO STIPULATED AND SUBMITTED,

Dated: March 13, 2008              FORES MACKO, APC
                                   MICHAEL J. MACKO

                           By:     _____/s/_____
                                   Attorneys For Plaintiff THOMAS H. DENT

Dated: March 13, 2008              DILLINGHAM & MURPHY, LLP
                                   CARLA J. HARTLEY
                                   HSIAO C. (MARK) MAO

                           By:     _____/s/_____
                                   Attorneys For Defendants ALLEN WAGGONER
                                   CONSTRUCTION, INC. and ALLEN A.
                                   WAGGONER