**MICHAEL J. MACKO, SBN 124621**
**FORES ■ MACKO**
A Professional Law Corporation
801 – 10th Street, Fifth Floor, Suite 105
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)

Attorneys for Plaintiff
THOMAS H. DENT

UNITED STATES EASTERN DISTRICT COURT

FRESNO DIVISION

| | |
|---|---|
| THOMAS H. DENT,<br><br>         Plaintiff,<br><br>    vs.<br><br>ALLEN A. WAGGONER CONSTRUCTION, INC., a California Corporation; ALLEN A. WAGGONER, an individual; and DOES 1 through 100, inclusive,<br><br>         Defendants. | Case No.  1:07-cv-01832<br><br>**STIPULATION TO DISMISS THE NINTH AND TENTH CAUSES OF ACTION, WITHOUT PREJUDICE, AND TO REMAND MATTER BACK TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS** |

   IT IS HEREBY STIPULATED, by and between the parties hereto, through their

respective counsel, Michael J. Macko, SBN 124621, of the law offices of Fores■Macko, counsel

for plaintiff, THOMAS H. DENT, 801-10th Street, Fifth Floor, Suite 105, Modesto, California

STIPULATION TO DISMISS 9TH AND 10TH CAUSES OF ACTION AND REMAND

1
2  95354, and Carla J. Hartley, SBN 117213, of the law offices of Dillingham & Murphy, LLP,
3  counsel for defendants, ALLEN A. WAGGONER CONSTRUCTION, INC., a California
4  corporation, and ALLEN A. WAGGONER, an individual, 225 Bush Street, Sixth Floor, San
5  Francisco, California  94104-4207, that the Ninth and Tenth Causes of Action of the Complaint
6  filed herein shall be dismissed, without prejudice, and that this action be remanded to the
7  Superior Court of California, County of Stanislaus, Case Number 619310.
8  ///
9  ///
10          IT IS SO STIPULATED.
11  DATED:  December ___, 2007
12                                                              FORES ■ MACKO
13                                                              A Professional Law Corporation
14                                                                 /s/  Michael J. Macko
15                                                              By:_____
                                                                MICHAEL J. MACKO, SBN 124621
16                                                              Attorneys for Plaintiff
                                                                THOMAS H. DENT
17
18  DATED:  December ___, 2007
19                                                              DILLINGHAM & MURPHY, LLP
20
21                                                                 /s/ Carla J. Hartley
                                                                By:_____
22                                                              CARLA J. HARTLEY, SBN 117213
                                                                Attorneys for Defendants
23                                                              ALLEN A. WAGGONER CONSTRUCTION,
                                                                INC., a California Corporation, and ALLEN A.
24                                                              WAGGONER, an individual
25
26
27
28

- 2 -

STIPULATION TO DISMISS 9TH AND 10TH CAUSES OF ACTION AND REMAND

**ORDER**

Pursuant to the parties' stipulation, the Ninth and Tenth Causes of Action of the Complaint are DISMISSED, without prejudice, and that this action is REMANDED to the Superior Court of California, County of Stanislaus, Case Number 619310.

IT IS SO ORDERED.

Dated:   **April 11, 2008**                               /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS 9TH AND 10TH CAUSES OF ACTION AND REMAND