IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. DENT, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALLEN A. WAGGONER ) <br> CONSTRUCTION, INC., a California ) <br> Corporation; ALLEN A. WAGGONER, ) <br> an individual; and DOES 1 through 100, ) <br> inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | 1:07-CV-1823 AWI DLB <br><br> ORDER VACATING PORTION <br> OF THE APRIL 14, 2008 <br> ORDER THAT REMANDED <br> THIS ACTION <br><br> ORDER REQUESTING THE <br> SUPERIOR COURT OF <br> CALIFORNIA, COUNTY OF <br> STANISLAUS TO RETURN <br> CASE NUMBER 619310 |

On April 9, 2008, the parties filed a stipulation to dismiss the Ninth and Tenth Causes of Action.   Pursuant to Local Rule 83-143(b) "[s]tipulations are not effective unless approved the by Court."   Local Rule 83-143(b) requires that "a proposed order shall be submitted with a written stipulation and may consist of an endorsement on the stipulation of the words, 'IT IS SO ORDERS,' with spaces designated for the date and signature to the Judge or Magistrate Judge."

On April 10, 2008, a stipulation was submitted to the e-mail mailbox for the undersigned's proposed orders.   Unlike the filed stipulation, this document *also* states that the parties agreed to remand this action to the Superior Court of California, County of Stanislaus. On April 11, 2008, the court signed an order, which followed the language of the e-mailed stipulation, and the court ordered the Ninth and Tenth Causes of Action dismissed and ordered the case remanded.   This order was docketed and served on April 14, 2008.

1  A review of the stipulation filed by the parties on April 9, 2008, indicates that they did
2  not stipulate to remand this action.  The court has discretion to reconsider and vacate a prior
3  order.  <u>Barber v. Hawaii</u>, 42 F.3d 1185, 1198 (9th Cir.1994); <u>United States v. Nutri-cology, Inc.</u>,
4  982 F.2d 394, 396 (9th Cir.1992).   Because the court's April 14, 2008 order remanding this
5  action was based solely on an inaccurate representation in an e-mailed document, the court had
6  no basis to remand the action.  Thus, the court will vacate the April 14, 2008 order to the extent
7  it remanded this action.

8  Accordingly, the court makes the following conclusions:

9  1. The court HEREBY VACATES the portion of the April 14, 2008 order
10  remanding this action;
11  2. The court DIRECTS the Clerk of the Court to serve a copy of this order on
12  the parties and on the Superior Court of the California, County of
13  Stanislaus; and
14  3. The court REQUESTS that the Superior Court of the California, County of
15  Stanislaus return County of Stanislaus, Case Number 619310.

17  IT IS SO ORDERED.

18  **Dated:   April 14, 2008**              /s/ Anthony W. Ishii
                                             UNITED STATES DISTRICT JUDGE