1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. DENT,                        ) | **NEW NUMBER: 1:07-CV-1832 DLB** |
| Plaintiff,            ) | |
| v.                               ) | OLD NUMBER: 1:07-CV-1832 AWI DLB |
| ) | |
| ALLEN A. WAGGONER              ) | ORDER REASSIGNING ACTION TO |
| CONSTRUCTION, INC., a California   ) | MAGISTRATE JUDGE IN LIGHT OF |
| Corporation; ALLEN A. WAGGONER,    ) | PARTIES' CONSENT |
| an individual; and DOES 1 through 100, ) | |
| inclusive,                         ) | |
| Defendants.           ) | |

This removed actions concerns the parties' disputes over labor related issues.   On April 4, 2008, all parties voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, pursuant to 28 U.S.C. § 636 (c)(1).   Accordingly, the court ORDERS that:

1.     This action is assigned to United States Magistrate Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment; and

2.     Any further filings in this action SHALL contain the case's new case number:

**NEW NUMBER: 1:07-CV-1832 DLB**

IT IS SO ORDERED.

**Dated:    April 16, 2008**                        _____/s/ Anthony W. Ishii_____
                                                    UNITED STATES DISTRICT JUDGE

1