**MICHAEL J. MACKO, SBN 124621**
**FORES ■ MACKO**
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)

Attorneys for Plaintiff
THOMAS H. DENT

UNITED STATES EASTERN DISTRICT COURT

FRESNO DIVISION

| | |
|---|---|
| THOMAS H. DENT,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN A. WAGGONER CONSTRUCTION, INC., a California Corporation;<br>ALLEN A. WAGGONER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  1:07-cv-01832<br><br>**STIPULATION TO DISMISS THE NINTH AND TENTH CAUSES OF ACTION, WITH PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, Michael J. Macko, SBN 124621, of the law offices of Fores■Macko, counsel for plaintiff, THOMAS H. DENT, 1600 "G" Street, Suite 103, Modesto, California 95354, and

1
2
3 Carla J. Hartley, SBN 117213, of the law offices of Dillingham & Murphy, LLP, counsel for
4 defendants, ALLEN A. WAGGONER CONSTRUCTION, INC., a California corporation, and
5 ALLEN A. WAGGONER, an individual, 225 Bush Street, Sixth Floor, San Francisco, California
6 94104-4207, that the Ninth and Tenth Causes of Action of the Complaint filed herein shall be
7 dismissed, with prejudice.
///
8
///
9
///
10
       IT IS SO STIPULATED.
11
DATED:  April 9, 2008
12
                                    FORES ■ MACKO
13                                     A Professional Law Corporation
14
                                      /s/  Michael J. Macko
15                                 By:_____
                                   MICHAEL J. MACKO, SBN 124621
16                                    Attorneys for Plaintiff
                                   THOMAS H. DENT
17
18 DATED:  April 9, 2008

19                                    DILLINGHAM & MURPHY, LLP

20
                                    /s/ Hsiao C. Mao
21                                 By:_____
                                   HSIAO C. (MARK) MAO, SBN 236165
22                                    Attorneys for Defendants
                                   ALLEN A. WAGGONER CONSTRUCTION,
23                                    INC., a California Corporation, and ALLEN A.
                                   WAGGONER, an individual
24
25
26
27
28

STIPULATION TO DISMISS 9TH AND 10TH CAUSES OF ACTION

## ORDER

Based on the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Ninth and Tenth Causes of Action of the complaint are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:   April 28, 2008                                  /s/ Anthony W. Ishii
                                                                    UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS 9TH AND 10TH CAUSES OF ACTION