MICHAEL J. MACKO, SBN 124621
FORES ■ MACKO
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)

Attorneys for Plaintiff
THOMAS H. DENT

UNITED STATES EASTERN DISTRICT COURT

FRESNO DIVISION

| | |
|---|---|
| THOMAS H. DENT,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALLEN A. WAGGONER CONSTRUCTION, INC., a California Corporation; ALLEN A. WAGGONER, an individual; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. 1:07-cv-01832<br><br>**STIPULATION TO CONTINUED HEARING ON PLAINTIFF'S MOTION TO REMAND AND ORDER** |

IT I S HEREBY STIPULATED by and between the parties that the hearing on Plaintiff's Motion for Remand be continued from May 23, 2008 to May 30, 2008, at 9:00 a.m., in Courtroom 9 of the United States Eastern District Court, Fresno Division, located at 2500 Tulare Street, Fresno, CA 93721.

DATED: May 22, 2008

                              FORES ■ MACKO
                              A Professional Law Corporation


                                 /s/ Michael J. Macko
                              By:_____
                                 MICHAEL J. MACKO, SBN 124621
                                 Attorneys for Plaintiff
                                 THOMAS H. DENT

DATED: May 22, 2008

                           DILLINGHAM & MURPHY, LLP

By  /s/ Carla J. Hartley
      CARLA J. HARTLEY, SBN 117213
      Attorneys for Defendants
      ALLEN A. WAGGONER CONSTRUCTION,
      INC., a California Corporation, and ALLEN A.
      WAGGONER, an individual

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing on Plaintiff's Motion for Remand be continued to May 30, 2008, at 9:00 a.m., in Courtroom 9 of this Court.

DATED: 22 May 2008

/s/ Dennis L. Beck
_____
DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of California, Fresno Division

STIPULATION TO CONTINUED HEARING ON PLAINTIFF'S MOTION TO REMAND