1  **MICHAEL J. MACKO, SBN 124621**
   **FORES ▪ MACKO**
2  A Professional Law Corporation
   1600 "G" Street, Suite 103
3  Modesto, CA 95354
   (209) 527-9899
4  (209) 527-2889 (Facsimile)

5  Attorneys for Plaintiff
   THOMAS H. DENT
6

7

8              UNITED STATES EASTERN DISTRICT COURT

9                          FRESNO DIVISION

10

11 THOMAS H. DENT,                      Case No.  1:07-cv-01832

12          Plaintiff,
                                        **STIPULATION TO FILE FIRST**
13    vs.                               **AMENDED COMPLAINT AND TO**
                                        **REMAND MATTER BACK TO THE**
14 ALLEN A. WAGGONER CONSTRUCTION,      **SUPERIOR COURT OF CALIFORNIA**
   INC., a California Corporation;      **COUNTY OF STANISLAUS; ORDER**
15 ALLEN A. WAGGONER, an individual; and
   DOES 1 through 100, inclusive,
16
            Defendants.
17

18      IT IS HEREBY STIPULATED, by and between the parties hereto, through their

19 respective counsel, Michael J. Macko, SBN 124621, of the law offices of Fores▪Macko, counsel

20 for plaintiff, THOMAS H. DENT, 1600 G Street, Suite 103, Modesto, California 95354, and

21 Carla J. Hartley, SBN 117213, of the law offices of Dillingham & Murphy, LLP, counsel for

22 defendants, ALLEN A. WAGGONER CONSTRUCTION, INC. ("AWC"), a California

23 corporation, and ALLEN A. WAGGONER, an individual, 225 Bush Street, Sixth Floor, San

24 Francisco, California  94104-4207, as follows:

25      1.    Plaintiff may file the proposed First Amended Complaint attached hereto as

26 Exhibit A;

27 ///

28 ///

STIPULATION TO FILE AMENDED COMPLAINT AND REMAND; ORDER

*(left margin vertical text)* **Fores ▪ Macko** A Professional Law Corporation 1600 "G" Street, Suite 103 Modesto, CA 95354 Telephone: (209) 527-9899

**Fores ■ Macko**
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
Telephone: (209) 527-9899

1    2.    Plaintiff waives his right, if any, to seek damages against defendants arising out of

2   his employment relationship with AWC or its predecessor in interest, including the termination

3   of that employment or breach of any obligation arising out of that employment relationship.  This

4   waiver includes, but is not limited to, lost income, lost benefits, general damages and punitive

5   damages, as they flow from the employment relationship.  Plaintiff retains the right, if any, to

6   pursue damages arising out of  the First through Eighth causes of action of the First Amended

7   Complaint, including, but not limited to damages flowing from defendants' refusal to recognize

8   plaintiff as a shareholder in the corporation, failure to pay plaintiff his 10% of the value of the

9   company, failure to pay plaintiff 10% of the profits during his time as a shareholder of the

10   company, as well as damages (including, but not limited to, consequential, general and punitive

11   damages) flowing from defendants' alleged breach of his fiduciary duties and fraud claims as

12   related to plaintiff's status as a shareholder as outlined in the Second, Third and Fourth causes of

13   action of the First Amended Complaint.

14    3.    Upon filing of the proposed First Amended Complaint, this action shall be

15   remanded to the Superior Court of California, County of Stanislaus.

16   DATED:  May ___, 2008              FORES ■  MACKO
                                      A Professional Law Corporation

17
                                       /s/  Michael J. Macko
18
                                      By:_____
19                        _                 MICHAEL J. MACKO, SBN 124621
                                            Attorneys for Plaintiff
20                                          THOMAS H. DENT

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

- 2 -

STIPULATION TO FILE AMENDED COMPLAINT AND REMAND; ORDER

1    DATED:  May ___, 2008

2                                                   DILLINGHAM & MURPHY, LLP

3                                                      /s/  Carla J. Hartley

4                                                   By:_____
                                                       CARLA J. HARTLEY, SBN 117213
5                                                      Attorneys for Defendants
                                                       ALLEN A. WAGGONER CONSTRUCTION,
6                                                      INC., a California Corporation, and ALLEN A.
                                                       WAGGONER, an individual
7

8

9

10                                            **ORDER**

11        Pursuant to the stipulation of the parties hereto, and good cause appearing therefore,

12        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

13        1.        Plaintiff may file the proposed First Amended Complaint attached as Exhibit "A"

14   to the stipulation;

15        2.        Upon filing of the proposed First Amended Complaint, this action shall be

16   remanded to the Superior Court of California, County of Stanislaus.

17   DATED: May 29, 2008

18   _____          _____/s/ *Dennis L. Beck*

19                                                   United States Magistrate Judge
                                                     Eastern District of California

20

21

22

23

24

25

26

27

28

**Fores ■ Macko**
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
Telephone: (209) 527-9899

- 3 -